IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT D. MORRIS, Individually and on behalf of other similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 114-196 |
| AUGUSTA-RICHMOND COUNTY, GEORGIA, | ) ) ) | |
| Defendant. | ) ) | |

**O R D E R**

Plaintiff's counsel unilaterally filed a Rule 26(f) Report on December 9, 2014 and attached evidence of repeated, unsuccessful attempts to contact defense counsel to approve a draft Rule 26(f) Report after their conference. (See doc. no. 10.) Only after this Court intervened and scheduled a teleconference on this matter was defense counsel responsive. (See doc. no. 11.) The parties have now filed a joint Rule 26(f) Report in compliance with the local rules. (See doc. no. 13.) However, given the unnecessary steps leading up to the filing of the report, defense counsel is hereby cautioned to take all deadlines in this case seriously and respond as soon as possible to all correspondence from opposing counsel.

SO ORDERED this 12th day of December, 2014, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA