IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT D. MORRIS, et al., | * | |
| Plaintiffs, | * | |
| v. | * | CV 114-196 |
| AUGUSTA-RICHMOND COUNTY, GEORGIA, | * | |
| Defendant. | * | |

## O R D E R

Presently before the Court is the parties' Joint Motion to Stay. (Doc. 26.) The parties indicate they have reached a settlement as to all Plaintiffs' claims and request a limited stay of the Court's deadlines to facilitate execution of releases. Upon due consideration, the Court **ORDERS** that this case **SHALL** be **STAYED** for **SIXTY (60) DAYS**. The Court **DIRECTS** the parties to file a status report by **FRIDAY, OCTOBER 9, 2015** detailing their progress in the event the settlement process has not concluded before that date.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of August, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA