# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT D. MORRIS, et al., | * | |
| Plaintiffs, | * | |
| v. | * | |
| AUGUSTA-RICHMOND COUNTY, GEORGIA, | * | 1:14-cv-196 |
| Defendant. | * | |

# O R D E R

On August 7, 2015, the parties filed a joint motion to stay the present case to facilitate a settlement. (Doc. 26). In light of the possibility of a newly discovered claim, the Court most recently extended that stay until October 31, 2015. (Doc. 29). In their joint status report the parties request another extension of fourteen days to evaluate the viability of this potential claim. (Doc. 31).

Upon due consideration, the Court **ORDERS** that this case **SHALL** be **STAYED** until **NOVEMBER 16, 2015.** Further, the Court **DIRECTS** the parties to jointly file a status report by **NOVEMBER 16, 2015** detailing the progress of their settlement discussions.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of November, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA