IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ROBERT D. MORRIS, et al.,   *
                                      *
    Plaintiffs,             *
                                      *
        v.                     *      1:14-cv-196
                                      *
AUGUSTA-RICHMOND COUNTY,     *
GEORGIA,                       *
                                      *

**O R D E R**

On August 7, 2015, the parties filed a joint motion to stay the present case to facilitate a settlement. (Doc. 26). The Court most recently extended that stay until November 16, 2015 because of the possibility of a newly discovered claim. (Doc. 31). In their Third Joint Status Report Regarding Settlement the parties represent that any issues surrounding that claim have been addressed and the settlement is proceeding as originally planned. (Doc. 32). The parties request another extension of the stay until December 14, 2015 to "tailor[] the releases and settlement documents to the specific facts for each Plaintiff . . . [and] obtain signatures from all Plaintiffs." (Id.).

Upon due consideration, the Court **ORDERS** that this case **SHALL** be **STAYED** until **DECEMBER 14, 2015.** Further, the Court

**DIRECTS** the parties to jointly file a status report by **DECEMBER 14, 2015** detailing the progress of their settlement discussions.

**ORDER ENTERED** at Augusta, Georgia, this ___17th___ day of November, 2015.

                                    _____
                                    HONORABLE J. RANDAL HALL
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF GEORGIA