IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
ROBERT D. MORRIS, et al.        *
                                *
    Plaintiffs,                 *
                                *
    v.                          *
                                *
AUGUSTA-RICHMOND COUNTY,        *        1:14-cv-196
GEORGIA,                        *
                                *
    Defendant.                  *
                                *
                                *
                                *
                                *
                                *
```

O R D E R

Presently before the Court is Plaintiff's "Amended Motion to Dismiss Some, But Not All Plaintiffs." (Doc. 39.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court **GRANTS** Plaintiffs' motion and **DISMISSES WITHOUT PREJUDICE** the following Plaintiffs from this matter:

1. Kenneth Barnes

2. Demarcus Chavous

3. Jonathan Dewberry

4. Steve Fowler

5. Richard Germany

6. Ryan Goodson

7. David Hart

8. Larry Johnson

9.  Jack Maddox

10. Stephen Reed

11. Frederick Shaver, Jr.

12. Michael Tomaszewski

13. Spencer Johnson

14. Robert King

15. Alex Zwaniger

Additionally, the Court **DENIES AS MOOT** Plaintiff's original motion to dismiss. (Doc. 37.)

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of June 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA